UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>NIXON PROVILLON,<br><br>    Defendant. | HON. WILLIAM H. WALLS<br>CR. NO.: 12-656 (WHW)<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE OF NIXON PROVILLON** |

This matter having been opened to the Court by the Law Office of Laurie M. Fierro, P.A., Laurie M. Fierro, Esq. appearing for defendant Nixon Provillon, with the consent of the United States Attorney's Office, Adam Subervi, Esq., appearing; and U.S. Pretrial Services, Pretrial Officer Barbara Hutchinson, appearing, for an Order modifying the conditions of release of Nixon Provillon relaxing the condition of home detention to permit attendance at the basketball games of Jasiah Provillon, and for good cause having been shown; it is on this 2nd day of January, 2012 2013

ORDERED that the conditions of release of Defendant Nixon Provillon are modified to relax the condition of home detention to permit attendance by Nixon Provillon at the basketball games of Jasiah Provillon until March 15, 2013, as approved by pretrial services and it is further

ORDERED that all other conditions of release shall remain in effect and it is further

ORDERED that a copy of this Order shall be provided to Adam Subervi, Esq. and Barbara Hutchinson of United States Pretrial Services within    days of its receipt by counsel for Nixon

Provillon.

_____
Hon. William H. Walls

I consent to this Order both as to substance and form.

_____
Adam Subervi, A.U.S.A.


_____
Barbara Hutchinson   Kelly Fernandes
Pretrial Services